# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | 1:16-cv-00469-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

　　　Plaintiff Edward David Jones ("Plaintiff"), a prisoner proceeding pro se, filed this civil action on April 4, 2016. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

　　　Within forty-five (45) days from the date of service of this order, Plaintiff shall either pay the $400.00 filing fee in full or file the attached *prisoner* application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　　　Dated:　**April 8, 2016**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1