1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD DAVID JONES, JR.,              1:16-cv-00469-DAD-BAM

12            Plaintiff,                   ORDER GRANTING APPLICATION TO
                                           PROCEED IN FORMA PAUPERIS
13       v.                                (ECF No. 3)
                                                        and
14   SCHWARTZNEGGER et al.,

15            Defendants.                  ORDER DIRECTING PAYMENT
                                           OF INMATE FILING FEE BY CALIFORNIA
16                                         DEPARTMENT OF CORRECTIONS

17

18          Plaintiff, a prisoner at California State Prison, Solano, filed suit pursuant to 42 U.S.C.

19   § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20   Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in

21   forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for

22   this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the

23   amount of twenty percent of the preceding month's income credited to plaintiff's trust account.

24   The California Department of Corrections is required to send to the Clerk of the Court payments

25   from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory

26   filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27   ///

28   ///

                                    1

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

**2.  The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4.   The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   __June 10, 2016__                    ___/s/ Barbara A. McAuliffe___
                                             UNITED STATES MAGISTRATE JUDGE

2