# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES, JR., | Case No. 1:16-cv-00469-DAD-BAM |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRO SE PRISONER ACTION |
| v. | |
| SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff Edward David Jones, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil action on April 4, 2016. The action was administratively designated as a regular civil action.

On July 13, 2016, Plaintiff filed his first amended complaint. (Doc. 12.) The Court has reviewed the amended complaint and determined that the present action involves a pro se state prisoner litigating, in part, the conditions of his confinement.

Accordingly, it is HEREBY ORDERED as follows:

1. The Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a pro se prisoner litigating the conditions of his confinement;

2. The Clerk of the Court shall designate this case as 1:16-cv-00469-DAD-BAM (PC); and

3. Plaintiff's first amended complaint shall be screened in due course pursuant to 28 U.S.C. § 1915A(a).

IT IS SO ORDERED.

Dated:  **August 11, 2016**                           /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE