# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES, JR., <br><br> Plaintiff, <br><br> v. <br><br> SCHWARZENEGGER, et al., <br><br> Defendants. | 1:16-cv-00469-DAD-BAM (PC) <br><br> Appeal No. 18-15262 <br><br> ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

Plaintiff Edward David Jones, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action. On January 24, 2018, the Court dismissed this action for failure to state a claim. (ECF Nos. 35, 36.) On February 8, 2018, Plaintiff filed a notice of appeal. (ECF No. 37.)

On March 6, 2018, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **March 9, 2018**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE